AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

DISTRICT OF Massachusetts

UNITED STATES OF AMERICA

v.

STEVE MARCELIN

**CRIMINAL COMPLAINT**

CASE NUMBER: 05m-1155 JGD

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about ___7/16/05 and 8/19/05___ in ___Norfolk and other___ county in the District of ___Massachusetts___ defendant(s) did, (Track Statutory Language of Offense)

knowingly executing or attempting to execute a scheme or artifice to obtain any of the moneys, funds, credits, assets, securities, or other property owned by, or under the custody or control of, a financial institution, by means of false or fraudulent pretenses, representations or promises

in violation of Title __18__ United States Code, Section(s) __1344__.

I further state that I am a(n) ___Special Agent of the FBI___ and that this complaint is based on the following
Official Title
facts:

See attached Affidavit of Matthew Galas

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

09-15-2005                                at           Boston, MA
Date                                                   City and State

HON. JUDITH G. DEIN
UNITED STATES MAGISTRATE JUDGE                         _____
Name & Title of Judicial Officer                       Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.

₰JS 45  (5/97) - (Revised USAO MA 8/29/05)

## Criminal Case Cover Sheet                                    U.S. District Court - District of M    achusetts

Place of Offense: _____  Category No. II  Investigating Agency  FBI

City   Quincy  Related Case Information:

County   Norfolk  Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
Rule 5(c)/40 from District of _____

**Defendant Information:**

Defendant Name   STEVE MARCELIN   Juvenile  ☐ Yes  ☒ No

Alias Name  _____

Address   1444 Blue Hill Avenue, Apt. 204, Boston, MA 02136

Birth date (Year only): 1978  SSN (last 4 #): 0387  Sex M  Race: Bl  Nationality: USA

Defense Counsel if known: _____  Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA   Seth P. Berman   Bar Number if applicable  629332

Interpreter:  ☐ Yes  ☒ No   List language and/or dialect: _____

Matter to be SEALED:  ☐ Yes  ☒ No

☒ Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____ ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

Charging Document:   ☒ Complaint   ☐ Information   ☐ Indictment

Total # of Counts:   ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony   One

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: April 15, 2005   Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 8/29/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    STEVE MARCELIN

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count | mbers |
|---|---|---|---|---|
| Set 1 | 18 U.S.C. § 1344 | Bank Fraud | 1 | |
| Set 2 | | | | |
| Set 3 | | | | |
| Set 4 | | | | |
| Set 5 | | | | |
| Set 6 | | | | |
| Set 7 | | | | |
| Set 8 | | | | |
| Set 9 | | | | |
| Set 10 | | | | |
| Set 11 | | | | |
| Set 12 | | | | |
| Set 13 | | | | |
| Set 14 | | | | |
| Set 15 | | | | |

**ADDITIONAL INFORMATION:**