AO 199A    (Rev. 6/97) Order Setting Conditions of Release    Page 1 of    Pages

# UNITED STATES DISTRICT COURT

**District of** *Massachusetts*

United States of America

V.

*Steve Marcelin*
Defendant

**ORDER SETTING CONDITIONS
OF RELEASE**

Case Number: *05m - 1155 - JC*

IT IS ORDERED that the release of the defendant is subject to the following conditions:

(1) The defendant shall not commit any offense in violation of federal, state or local law while on release in ___ case.

(2) The defendant shall immediately advise the court, defense counsel and the U.S. attorney in writing before ___ change in address and telephone number.

(3) The defendant shall appear at all proceedings as required and shall surrender for service of any sentence ___ sed as

directed. The defendant shall appear at (if blank, to be notified) *USDC Boston. 1.*

*Courtroom #15 5th floor* on *October 6, 2005 @ 3:00* ___

Place

Date and Time

**Release on Personal Recognizance or Unsecured Bond**

IT IS FURTHER ORDERED that the defendant be released provided that:

( ✔ ) (4) The defendant promises to appear at all proceedings as required and to surrender for service of any sentence ___ mposed.

( ✔ ) (5) The defendant executes an unsecured bond binding the defendant to pay the United States the su ___ of *Ten thousand and 00/100* ___ dollars ($ *10,000* )

in the event of a failure to appear as required or to surrender as directed for service of any sentence impos ___

DISTRIBUTION:    COURT    DEFENDANT    PRETRIAL    SERVICES    U.S. ATTORNEY    U.S. MARSHAL

## Additional Conditions of Release

Upon finding that release by one of the above methods will not by itself reasonably assure the appearance of the defendant and the safety ~~her persons and~~
the community.

IT IS FURTHER ORDERED that the release of the defendant is subject to the conditions marked below:

(    ) (6)  The defendant is placed in the custody of:
   (Name of person or _____
   (Address) _____
   (City and state) _____ (Tel. No.) _____

who agrees (a) to supervise the defendant in accordance with all the conditions of release, (b) to use every effort to assure the appearance of the defend ~~it all scheduled~~
court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.

Signed: _____
                Custodian or Proxy                    ~~ite~~

( ✓ (7)  The defendant shall:
   ( ✓(a)  report to the _Pretrial Services as directed_
      telephone number _____ , not later _____ .
   ( ✓(b)  execute a bond or an agreement to forfeit upon failing to appear as required the following sum of money or designated propert
      _Unsecured Bond  $10,000_ —
   (    ) (c)  post with the court the following indicia of ownership of the above-described property, or the following amount or percentage of t ~~ove-described~~

   (    ) (d)  execute a bail bond with solvent sureties in the amount _____ .
   ( ✓(e)  maintain or actively seek employment.
   (    ) (f)  maintain or commence an education program.
   ( ✓(g)  surrender any passport _Pretrial Services_
   ( ✓(h)  obtain no passport.
   ( ✓(i)  abide by the following restrictions on personal association, place of abode, or travel: _maintain current_
      _travel is restricted to Districts of MA & New York_
   (    ) (j)  avoid all contact, directly or indirectly, with any persons who are or who may become a victim or potential witness in the subje ~~vestigation or~~
      prosecution, including but not limited _____

   (    ) (k)  undergo medical or psychiatric treatment and/or remain in an institution as _____

   (    ) (l)  return to custody each (week) day as of _____ o'clock after being released each (week) day as of _____ o'clocl ~~employment,~~
      schooling, or the following limited

   (    ) (m)  maintain residence at a halfway house or community corrections center, as deemed necessary by the pretrial services office or s ~~vising officer.~~
   ( ✓(n)  refrain from possessing a firearm, destructive device, or other dangerous weapons.
   (    ) (o)  refrain from (    ) any (    ) excessive use of alcohol.
   (    ) (p)  refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless presc ~~by a licensed~~
      medical practitioner.
   ( ✓(q)  submit to any method of testing required by the pretrial services office or the supervising officer for determining whether the de ~~ant is using a~~
      prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patc ~~mote alcohol~~
      testing system, and/or any form of prohibited substance screening or testing.
   (    ) (r)  participate in a program of inpatient or outpatient substance abuse therapy and counseling if deemed advisable by the pretrial ~~ices office or~~
      supervising officer.
   (    ) (s)  refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited st ~~nce testing or~~
      electronic monitoring which is (are) required as a condition(s) of release.
   (    ) (t)  participate in one of the following home confinement program components and abide by all the requirements of the program (    ) ~~vill or~~
      (    ) will not include electronic monitoring or other location verification system.  You shall pay all or part of the cost of the progran ~~ed upon your~~
      to pay as determined by the pretrial services office or supervising officer.
      (    )  (i) **Curfew.** You are restricted to your residence every day (    ) from _____ to _____ , or (    ) as direct ~~the pretrial~~
         services office or supervising officer; or
      (    )  (ii) **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; n ~~al, substance~~
         abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as pr ~~roved by the~~
         pretrial services office or supervising officer; or
      (    )  (iii) **Home Incarceration.** You are restricted to your residence at all times except for medical needs or treatment, religious s ~~es, and court~~
         appearances pre-approved by the pretrial services office or supervising officer.
   ( ✓(u)  report as soon as possible, to the pretrial services office or supervising officer any contact with any law enforcement personnel, i ~~ling, but not~~
      limited to, any arrest, questioning, or traffic stop.
   (    ) (v)  _____
   (    ) (w)  _____
   (    ) (x)  _____

## Advice of Penalties and Sanctions

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

A violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for · arrest, a revocation of release, an order of detention, and a prosecution for contempt of court and could result in a term of impri nent, a fine, or both.

The commission of a Federal offense while on pretrial release will result in an additional sentence of a term of ·isonment of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is isdemeanor. This sentence shall be in addition to any other sentence.

Federal law makes it a crime punishable by up to 10 years of imprisonment, and a $250,000 fine or both to obs: : a criminal investigation. It is a crime punishable by up to ten years of imprisonment, and a $250,000 fine or both to tamper with a ness, victim or informant; to retaliate or attempt to retaliate against a witness, victim or informant; or to intimidate or attempt to intin e a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly re serious if they involve a killing or attempted killing.

If after release, you knowingly fail to appear as required by the conditions of release, or to surrender for the serv of sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are conv l of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, you ill be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, you sha : fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony, you shall be fined not more than $250,000 or imprisoned not more than two years, or botl
(4) a misdemeanor, you shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be in addition to the sentence for any o offense. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

## Acknowledgment of Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obe; conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and san ns set forth above.

_____
Signature of Defendant

_____
Address

_____
City and State    Tel    ne

## Directions to United States Marshal

( ✓ ) The defendant is ORDERED released after processing.
(  ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judicial o :r that the defendant has posted bond and/or complied with all other conditions for release. The defendant shall be produce fore the appropriate judicial officer at the time and place specified, if still in custody.

Date: _____9/16/05_____    _____
Signature of Judicial Officer

Thomas F. Guinn,
Name and Title of Judicial Officer

DISTRIBUTION:    COURT    DEFENDANT    PRETRIAL SERVICE    U.S. ATTORNEY    U.S. MARSHAL