AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF Massachusetts

UNITED STATES OF AMERICA

v.

STEVE MARCELIN

## WARRANT FOR ARREST

CASE NUMBER: 05M-1155-JGD

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __STEVE MARCELIN__
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)
knowingly executing or attempting to execute a scheme or artifice to obtain any of the moneys, funds, credits, assets, securities, or other property owned by, or under the custody or control of, a financial institution, by means of false or fraudulent pretenses, representations or promises

in violation of Title __18__ United States Code, Section(s) __1344__

HON. JUDITH G. DEIN
Name of Issuing Officer

_Judith Gail Dein_ (signature)
Signature of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

09-15-2005    Boston, MA
Date and Location

Bail fixed at $ _____ by _____
                                    Name of Judicial Officer

RECEIVED 2005 SEP 15 P 4:41 U.S. MARSHAL SERVICE BOSTON, MA

F#D # 106752

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

WARRANT EXECUTED BY __FBI__
BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON __9/16/2005__

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.