AO 468 (Rev. 1/86) Waiver of Preliminary Examination or Hearing

# UNITED STATES DISTRICT COURT

DISTRICT OF *Massachusetts*

UNITED STATES OF AMERICA

V.

*Steve Marcelin*

**WAIVER OF PRELIMINARY
EXAMINATION OR HEARING
(Rule 5 or 32.1, Fed. R. Crim. ? )**

CASE NUMBER: *05m - 1155 - JGD*

I, *Steve Marcelin*, charged in a ☒ complaint ☐ petition

pending in this District *Massachusetts*

in violation of *18*, U.S.C., *1344*,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R Crim. P.,
including my right to have a     ☐ examination   ☐ ~~hearing~~   , do hereby waive (~~give up~~) my right to a prelim-
inary  ☐ examination   ☒ hearing.

_____
Defendant

_____
Date

_____
Counsel for Defendant