UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Magistrate No.
05M-1155-JGD

UNITED STATES OF AMERICA

v.

STEVEN MARCELIN

## ORDER

October 14, 2005

DEIN, M.J.

The parties have filed a Joint Motion to Exclude Time (Docket # 7) seeking to extend the period of time within which an indictment must be brought. This court does not have the authority to grant the relief requested, and the request must be brought to the miscellaneous business docket.

                                                / s / Judith Gail Dein
                                                Judith Gail Dein
                                                United States Magistrate Judge